# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS AT KANSAS CITY

| | |
|---|---|
| STEVEN A. TALKIN, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | Case No: 05-CV-2305-CM-JPO |
| ) | |
| DELUXE CORPORATION, ) | |
| DELUXE CORPORATION EMPLOYEE ) | |
| HEALTH AND REIMBURSEMENT ) | |
| ACCOUNT PLAN,  HARTFORD ) | |
| INSURANCE COMPANY, STEVEN J. ) | |
| CAYFORD,   HOPE NEWLAND, ) | |
| and KATHY KING, ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFF'S MOTION TO AMEND BY INTERLINEATION

Plaintiff Steven A. Talkin respectfully moves for leave to amend his first Amended Complaint [Doc. 6] by interlineation. In support of his motion, plaintiff states as follows:

1. In its answer, Deluxe Corporation asserts that the proper name of the party defendant is "Deluxe Financial Services, Inc." [Doc. 13].

2. Deluxe Financial Services, Inc. is a subsidiary of Deluxe Corporation. [Exhibit 1 - Hilighted Pages from Deluxe 2003 Annual Report].[1]

3. Likewise, in its answer to Plaintiff's complaint [Doc. 11], and in the memorandum for its motion to dismiss its employee, Mr. Cayford [Doc. 10], Hartford Insurance Company of the Midwest indicates that "Hartford Comprehensive Employee Benefit Service Company", is the proper name of the party defendant.

4. Plaintiff served The Hartford Insurance Company of the Midwest through the Kansas

---

[1] *See also: http://www.deluxe.com/dlxab/deluxe-business-units.jsp.*

Insurance Commissioner [Doc. 3 - Return of Service].

5. Hartford Insurance Company of the Midwest, and Hartford Comprehensive Employee Benefit Service Company are affiliated subsidiaries of The Hartford Financial Services Group, Inc. [Exhibit 2 - Hilighted Pages from Hartford 2003 Annual Report].

6. Plaintiff named The Hartford Insurance Company in his complaint, and seeks to amend by interlineation to change the name of defendant The Hartford Insurance Company to The Hartford Insurance Company of the Midwest.

7. Plaintiff also seeks to amend by interlineation to add Deluxe Financial Services, Inc., Hartford Comprehensive Employee Benefit Service Company, and The Hartford Financial Services Group, Inc. as parties against whom Plaintiff's claims are asserted.

8. Leave to amend shall be freely given when justice so requires. Fed. R. Civ. P. 15(a).

9. The claims asserted in the pleading amended by interlineation arose out of the conduct, transaction, or occurrence set forth in the original pleading.  See Rule 15(c).

10. As evidenced by Defendants' filings, the newly named or re-named defendants knew or should have known that, but for a mistake concerning the identity of the proper parties, the action would have been brought against them.  See Rule 15(c).

11. The newly named or re-named defendants received notice of the institution of this action and will not be prejudiced in maintaining a defense on the merits.  See Rule 15(c).

12. Therefore, pursuant to Fed. R. Civ. P. 15(c), the complaint amended by interlineation would relate back to all newly named and re-named defendants.

13. the Advisory Committee Notes to Fed. R. Civ. P. 15(c)(3) indicate that the 'mistake

proviso' was included in order to resolve "the problem of a misnamed defendant" and allow a party "to correct a formal defect such as a misnomer or misidentification." *Garrett v. Fleming*, 362 F.3d 692, 696-697 (10th Cir. 2004) (Rule 15(c) is meant to allow an amendment changing the name of a defendant to relate back to the original complaint if the change is the result of a formal defect).

WHEREFORE, Plaintiff respectfully moves for leave to amend his first Amended Complaint [Doc. 6] by interlineation, by adding Deluxe Financial Services, Inc., Hartford Comprehensive Employee Benefit Service Company, and The Hartford Financial Services Group, Inc. as parties against whom Plaintiff's claims are asserted, and changing The Hartford Insurance Company to The Hartford Insurance Company of the Midwest; pursuant to Fed. R. Civ. P. 15(a) & (c).

Respectfully Submitted,

EDMUNDS LAW OFFICE, L.L.C.


 /s/ Fritz Edmunds, Jr.
Fritz Edmunds, Jr. #16829
10990 Quivira Road - Suite 200
Overland Park, Kansas 66210
(913) 661-0222 Telephone
(913) 661-0212 Facsimile

ATTORNEY FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

      I certify that on the 16th day of October, 2005, a true copy of the above was filed electronically with the Clerk, via CM/ECF, which will provide service to:

Sara Welch
Stinson Morrison Hecker, LLP
1201 Walnut, Suite 2900
Kansas City, MO 64106

ATTORNEY FOR DEFENDANTS
NEWLAND, KING, DELUXE & THE PLAN

Carole K. DeWald
Shank & Hamilton, PC
2345 Grand Blvd., Suite 1600
Kansas City, MO 64108

ATTORNEY FOR DEFENDANTS
HARTFORD & CAYFORD


      /s/ Fritz Edmunds, Jr.